Petition of KIRTON.

District Court, S. D. New York.  July 8, 1927.

Aliens ⬅66—Time of service on foreign vessel not counted as residence for naturalization purposes (8 USCA § 384).

Alien, who for 18 months during the five years immediately preceding filing of his petition for naturalization, served as an officer on British ships, may not be admitted to citizenship under Act May 9, 1918, § 1 (8 USCA § 384), though his family may have resided continuously in the United States during that time.

Naturalization Proceeding. Petition of Godfrey Francis Kirton for naturalization. Denied.

BONDY, District Judge. The petition for naturalization was filed on May 14, 1926. The petitioner, during the five-year period immediately preceding the date of his petition, served from February 7, 1922, to June 10, 1922, as third officer on the British steamship Wabasha, and from July 1, 1922, to August, 1923, as second officer on the British steamship Winamac. The total service on these vessels of foreign registry during the statutory five-year period aggregated approximately one year and six months.

The Act of May 9, 1918, provides: "Service by aliens upon vessels other than of American registry, whether continuous or broken, shall not be considered as residence for naturalization purposes within the jurisdiction of

the United States, and such aliens can not secure residence for naturalization purposes during service upon vessels of foreign registry." 8 USCA § 384.

It has been held that the five years' residence necessary for naturalization cannot be computed from sea service on foreign vessels, even if the applicant's wife and children reside in this country. In the Matter of MacKinnon, 193 App. Div. 893, 183 N. Y. S. 108. See United States v. Habbick (D. C.) 287 F. 593.

The petition for naturalization, therefore, is denied.